# NO. 12-15-00090-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GEORGE A. HALL,*<br>*APPELLANT* | § | *APPEAL FROM THE 349TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE COUNTY OF ANDERSON,*<br>*APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This *pro se* appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. TEX. R. APP. P. 42.3(c). The trial court's judgment was signed on March 23, 2015. Thereafter, Appellant timely filed a notice of appeal that failed to contain the information required by Texas Rules of Appellate Procedure 9.5 and 25.1(e), i.e., a certificate of service showing service on all parties to the trial court's judgment.

On April 10, 2015, Appellant was notified pursuant to Texas Rule of Appellate Procedure 37.1 that the notice of appeal was defective for failure to comply with rules of appellate procedure 9.5 and 25.1(e). He was further notified that unless he filed a proper notice of appeal on or before May 11, 2015, the appeal would be referred to the court for dismissal. *See* TEX. R. APP. P. 42.3.

On May 8, 2015, Appellant filed a certificate of service showing that his notice of appeal had been sent to the clerk of the 349th District Court, Anderson County, Texas. However, this does not comply with Rules 9.5 and 25.1(e). On May 18, 2015, Appellant filed an amended notice of appeal. However, the certificate of service shows that he sent the notice of appeal to Appellee's attorney at the Anderson County District Clerk's Office in Palestine, Texas, instead of to the attorney's mailing address in Waco, Texas. Consequently, Appellant has not shown that he has served Appellee with a copy of his notice of appeal. *See* TEX. R. APP. P. 9.5, 25.1(e).

Therefore, this appeal is ***dismissed*** for failure to comply with the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.3(c).  All pending motions are dismissed as moot.

Opinion delivered May 20, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 20, 2015**

**NO. 12-15-00090-CV**

**GEORGE A. HALL,**
Appellant
V.
**THE COUNTY OF ANDERSON,**
Appellee

Appeal from the 349th District Court

of Anderson County, Texas (Tr.Ct.No. 349-7331)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for failure to comply with the Texas Rules of Appellate Procedure**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*